COLES E. PULTZ, Appellant, v. EDNA PULTZ, Respondent.— Judgment affirmed, with costs. All concur.

In the Matter of the Final Judicial Settlement of the Accounts of ANNA M. ZWILLING and Another, as Administrators, etc., or MARGARET K. ROOKER, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.

JAMES PROCOPIO and Another, Respondents, v. FIRE ASSOCIATION OF PHILA-DELPHIA, Appellant.— Motion granted and appeal dismissed, with costs.

WILLIAM E. EDDY, Respondent, v. ARTHUR J. IVES, Appellant.— Motion granted and appeal dismissed, with costs.

CHARLES T. PRICE, Respondent, v. ARTHUR RANSOM, Individually and as Executor, etc., of STELLA B. RANSOM, Deceased, and Another, Appellants.— Motion granted and appeal dismissed unless appellants file and serve their printed record on appeal and briefs on or before April 21, 1923, and be ready for argument when case is reached in its regular order during the May 1923, term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TWENTY CASES OF BEER. PETER RIZZIO, Appearing Specially, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FORTY CASES OF BEER. PETER RIZZIO, Appearing Specially, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. F. RONALD PEART, Appellant.— Motion to dismiss conviction denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK T. PEART, Appellant.— Motion to dismiss conviction denied.

ASSURANCE COMPANY OF AMERICA and Others, Respondents, v. JAMES C. DAVIS, Director-General of Railroads, as Agent, Appellant, Impleaded with Others. — Order modified and as modified affirmed, without costs. All concur. Order to be settled before Sears, J., at Chambers on two days' notice.

AUBURN AND SYRACUSE ELECTRIC RAILROAD COMPANY, Respondent, v. LEWIS E. HOADLEY, Appellant.— Judgment affirmed, with costs. All concur.

THOMAS J. DURKIN, JR., Respondent, v. THE NEW YORK CENTRAL RAIL-ROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

THOMAS J. DURKIN, JR., Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order affirmed, with costs. All concur.

LENA E. THERRE, Respondent, v. MATTHEW DEVIN, Appellant.— Judgment and order affirmed, with costs. All concur; Clark, J , not sitting.

ALTO CONSTRUCTION COMPANY, Appellant, v. JOHN YOUNG, Respondent.— Judgment affirmed, with costs. All concur; Clark, J., not sitting.

ROSE A. KING, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

CHARLES A. ROSENBLOOM and Another, Respondents, v. THE AMERICAN PHOTO PLAYER COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.

ROSE MULLIGAN, Appellant, v. MARY ANN McQUAID, Respondent.— Judgment reversed upon the law and facts, with costs. Findings Nos. 8, 9, 10, 11, 12, 13 and 14, and conclusions of law Nos. 1 and 2 reversed, and new findings made,